UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE THOMAS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GENERAL MOTORS, LLC,<br><br>　　　　Defendant. | Case No. 23-cv-06364-JSC<br><br>**ORDER RE: MOTION TO DISMISS**<br><br>Re: Dkt. No. 7 |

Lawrence Thomas sues General Motors ("GM") for damages arising from an allegedly defective GM motor vehicle. Plaintiff brings actions under the California Song-Beverly Consumer Warranty Act, common law fraud, and the California Unfair Competition Law ("UCL"). (Dkt. No. 1-1.) Currently pending before the Court is GM's motion to dismiss Plaintiff's common law fraud and UCL claims. (Dkt. No. 7.) After carefully considering the parties' written submissions, the Court concludes oral argument is unnecessary, *see* Civ. L. R. 7-1(b), and GRANTS Defendants' motion with leave to amend.

　In his opposition to Defendants' motion to dismiss, Plaintiff concedes dismissal is proper as to some of his claims and seeks leave to file an amended complaint. (Dkt. No. 16 at 5-6.) The Court, too, believes leave to amend is proper; accordingly, the motion to dismiss is GRANTED. Plaintiff shall file his amended complaint by February 21, 2024.

The Court cautions Plaintiff's counsel to review the amended complaint, indeed all submissions, before filing. Plaintiff's complaint and opposition to GM's motion to dismiss contain multiple misstated and contradictory key facts. Plaintiff alleges at least four different dates for his vehicle purchase. In the complaint's introduction section, Plaintiff states he acquired the car "on or about March 19, 2019." (Dkt. No. 1-1 ¶ 6.) Two pages later, when alleging GM

was aware of at least 12 fires involving the Bolt by August 2020, Plaintiff alleges his date of purchase as September 6, 2020.  (*Id.* ¶ 25.)  In his opposition's opening paragraph, Plaintiff states the date of purchase is "on or about March 1, 2019."  (Dkt. No. 16 at 2.)  In the next paragraph, Plaintiff changes the date to August 2020 and mischaracterizes the transaction as "lease" rather than purchase.  (*Id.*)

The Initial Case Management Conference scheduled for March 21, 2024 is continued to May 2, 2024 at 1:30 p.m. via Zoom video.  A joint case management conference statement is due one week in advance.

This Order disposes of Docket No. 7.

**IT IS SO ORDERED.**

Dated: February 1, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge